1  SO. CAL. EQUAL ACCESS GROUP
2  Jason J. Kim (SBN 190246)
   Jason Yoon (SBN 306137)
3  Kevin Hong (SBN 299040)
   101 S. Western Ave., Second Floor
4  Los Angeles, CA 90004
   Telephone: (213) 252-8008
5  Facsimile:  (213) 252-8009
   cm@SoCalEAG.com
6
   Attorneys for Plaintiff
7  SAM BENFORD

8
                    **UNITED STATES DISTRICT COURT**
9
                    **CENTRAL DISTRICT OF CALIFORNIA**
10

11 | SAM BENFORD,                              | **Case No.: 2:23-cv-09877 JLS (AGRx)** |
12 |        Plaintiff,                         |                                         |
13 |   vs.                                     | **NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION** |
14 |                                           |                                         |
15 | ROUBEN N. NALBANDIAN 2 D/B/A              |                                         |
   | PASADENA RUG GALLERY;                     |                                         |
16 | EDWARD MCGINNES WEBB, AS                  |                                         |
17 | TRUSTEE OF THE VIRGINIA M. WEBB           |                                         |
   | TRUST; and DOES 1 to 10,                  |                                         |
18 |                                           |                                         |
   |        Defendants.                        |                                         |
19

20

21     **PLEASE TAKE NOTICE** that SAM BENFORD ("Plaintiff") pursuant to Federal
22 Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the entire action
23 pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant
24 part:
25     (a) **Voluntary Dismissal.**
26
27
28

                                            1
   **NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION**

  (1) *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

    (i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

DATED: December 28, 2023    **SO. CAL. EQUAL ACCESS GROUP**

        By:  */s/ Jason J. Kim*
          Jason J. Kim, Esq.
          Attorneys for Plaintiff

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION**